IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMPIRE STATE SUPPLY RETIREMENT PLAN, on behalf of itself and all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| | : C.A. No. 12-1584 (LPS) |
| TITANIUM METALS CORP., PRECISION CASTPARTS CORP., ELIT ACQUISITION SUB CORP., HAROLD C. SIMMONS, KEITH R. COOGAN, GLENN R. SIMMONS, BOBBY D. O'BRIEN, THOMAS P. STAFFORD, STEVEN L. WATSON, TERRY N. WORRELL, and PAUL J. ZUCCONI, | : : JURY TRIAL DEMANDED : : : : : : : |
| Defendants. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, on August 13, 2013, the Delaware Court of Chancery entered its Order and Final Judgment in the action styled *In re Titanium Metals Corp. S'holder Litig.*, Consol. C.A. 8029-CS, a true and correct copy of which is attached hereto as Exhibit A, dismissing with prejudice all claims arising out of the same facts and circumstances alleged in the above-captioned action (the "Action"), and upon Notice to the Class, as reflected therein, and upon expiration of the applicable appeal period;

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Empire State Supply Retirement Plan hereby voluntarily dismisses the Action with prejudice on the grounds of *res judicata* and estoppel by judgment.

                                                Respectfully submitted,

Dated: November 5, 2013            **O'KELLY ERNST & BIELLI, LLC**

                                                */s/ Ryan M. Ernst*
                                                Ryan M. Ernst (No. 4788)
                                                901 N. Market Street, Suite 1000
                                                Wilmington, DE 19801
                                                Telephone: (302) 778-4000
                                                rernst@oeblegal.com

                                                *Attorneys for Plaintiff*

OF COUNSEL:
Joseph H. Weiss
Mark D. Smilow
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, New York 10036
Phone: (212)682-3025
Fax:    (212)682-3015